Roger D. SHERRILL

v.

Selina Kaye SHERRILL

2130614

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

Belinda Butler REED

v.

Jimmy Clay REED

2130621

Court of Civil Appeals of Alabama.

01/09/2015

Affirmed

James M. SWINDALL et al.

v.

R&A ENTERS., INC., et al.

2130627

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed

K.N.G. f/k/a K.N.L.

v.

L.J.

2130634

Court of Civil Appeals of Alabama.

02/13/2015

Affirmed

Lydia BURKHALTER

v.

Douglas Gene BURKHALTER

2130638

Court of Civil Appeals of Alabama.

01/16/2015

Affirmed